FEBRUARY 21, 1957

**Reap. Dec. 8756.—** — *W. J. Byrnes & Co. of La., Inc., for: Torch Mfg. Co., Inc., et al.* v. *United States.* Entered at Los Angeles, Calif. Reap. Dec. 8727. Motion by plaintiffs.

FEBRUARY 26, 1957

**Reap. Dec. 8757.—** — .—*Arbor Mfg. Corp.* v. *United States.* Entered at New York, N. Y. [Not published.] Motion by plaintiff.

FEBRUARY 26, 1957

**Reap. Dec. 8758.—** —*S. H. Kress & Co.* v. *United States.* Entered at Los Angeles, Calif., and Baltimore, Md. [Not published.] Motion by plaintiff.

MARCH 6, 1957

**Reap. Dec. 8759.—** —*S. S. Kresge Co. et al.* v. *United States.* Entered at New York, N. Y. [Not published.] Motion by plaintiffs.